
FILED
CLERK, U.S. DISTRICT COURT
DEC 18 2018
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Jose Luis Miranda, <br><br> Defendant. | Case No.: CR 18-769-CJC <br><br> ORDER [OF DETENTION] AFTER HEARING HELD PURSUANT TO 18 U.S.C. § 3148 (B) <br><br> (Alleged Violation of Conditions of Pretrial Release) |

A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge **Cormac Carney**, and the Court having conducted a hearing on the alleged violation(s),

B.

The Court finds

(1)

    (A)  ( )  that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B)  (X)  that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following: **participate in residential substance abuse treatment program**

and

(2)

    (A)   ( )   that based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or

    (B)   (X)   that the defendant is unlikely to abide by any condition or combination of conditions of release.

and/or, in the event of (1) (A)

(3)   ( )   that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

or

(4)   ( )   that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. <u>See</u> separate order setting conditions.

        ( )   This Order shall be stayed for 72 hours in order to allow the Government to seek review from the [assigned District Judge] [criminal duty District Judge].

or

C.

(X)   IT IS ORDERED that the defendant be detained prior to trial.

DATED: Dec. 18, 2019

*/s/ Jean Rosenbluth*
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

2