1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

JUL 31 2020

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:18-CR-00769-CJC-2 |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Jose Luis Miranda ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued

by the United States District Court for the ___Cen. Dist. CA___,

for alleged violation(s) of the terms and conditions of his/her [probation] (supervised

release); and

The Court having conducted a detention hearing pursuant to Federal Rule of

Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   ☒ The defendant has not met his/her burden of establishing by clear and

convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §

3142(b) or (c).  This finding is based on ___substance abuse;___

___absconded from supervision___

_____

1

2

3       and/or

4   B.      ⊗ The defendant has not met his/her burden of establishing by clear and

5       convincing evidence that he/she is not likely to pose a danger to the safety of any

6       other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

7       finding is based on ___ new state charges  in  June 2020 ___

8

9

10

11

12

13       IT THEREFORE IS ORDERED that the defendant be detained pending further

14   revocation proceedings.

15

16   DATED: ___ 7/31/20 ___

       KAREN E. SCOTT
       UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28