# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS MIRANDA,<br><br>Defendant. | Case No. 18-CR-0769-CJC -2<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The Court finds no condition or combination of conditions that will reasonably assure:

☒   the appearance of defendant as required; and/or

☐   the safety of any person or the community.

//
//
//

The Court concludes:

☒ Defendant poses a risk of nonappearance, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he/she does not pose such a risk. The risk of nonappearance is based on: unknown background information; lack of bail resources; instant allegations

☒ Defendant poses a danger to the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk. The risk of danger is based on: instant allegations; criminal history; new law enforcement contact on supervision

IT IS THEREFORE ORDERED that the defendant be detained.

Dated: 10/25/2021

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE